**MANDATE**

N.D.N.Y. (a)ny)
00-cv-1698
Kahn, J.
Homer, M.J.
U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
SEP 11 2002

LAWRENCE K. BAERMAN, CLERK
ALBANY

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 28th day of August two thousand and two,

Present:

    Hon. Fred I. Parker,
    Hon. Rosemary S. Pooler,
    Hon. Sonia Sotomayor,
        *Circuit Judges.*

---

Detroy Livingston,

    Petitioner-Appellant,

v.                                                                                           02-2083

Victor Herbert,

    Respondent-Appellee.

---

FILED AUG 28 2002 — UNITED STATES COURT OF APPEALS SECOND CIRCUIT

Appellant moves, *pro se*, for a certificate of appealability. Upon due consideration, it is ORDERED that the motion is denied, and the appeal is dismissed because the appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c).

        FOR THE COURT:
        Lucille Carr, Acting Clerk

        By: *Lucille Carr*

A TRUE COPY
ROSEANN B. MACKECHNIE, CLERK

By _____
    Deputy Clerk
Date:

Issued as Mandate: AUG 28 2002